No. 10–7456.  WILSON v. UNITED STATES; and

No. 10–7478. BLACKSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.